No. 71–5171. CUNNINGHAM *v.* WINGO, WARDEN. C. A. 6th Cir. Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE MARSHALL are of the opinion that certiorari should be granted.

No. 71–5532. PATTERSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE MARSHALL are of the opinion that certiorari should be granted.

No. 71–5541. THERIAULT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 70–54. VICTORY CARRIERS, INC., ET AL. *v.* LAW, *ante,* p. 202;

No. 71–327. TEXAS GULF SULPHUR CO. ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION, *ante,* p. 1005;

No. 71–328. HUNTINGTON *v.* SECURITIES AND EXCHANGE COMMISSION, *ante,* p. 1005;

No. 71–346. CRAWFORD *v.* SECURITIES AND EXCHANGE COMMISSION, *ante,* p. 1005;

No. 71–347. HOLYK ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION, *ante,* p. 1005;

No. 71–421. TEXAS GULF SULPHUR CO. ET AL. *v.* MITCHELL ET AL., *ante,* p. 1004;

No. 71–5105. BENJAMIN *v.* RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, *ante,* p. 986;

No. 71–5126. ALEXANDER *v.* OREGON, *ante,* p. 1001; and

No. 71–5531. LIPSCOMB *v.* WARDEN, ATLANTA PENITENTIARY, ET AL., *ante,* p. 1005. Petitions for rehearing denied.